E-FILED on  8/5/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY G. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVE KELLBERG, FRANCIS VASQUEZ, and EXTENDED STAY DE LUXE,<br><br>    Defendants. | No. C-09-01553 RMW<br><br>JUDGMENT |

On August 4, 2009 the court dismissed plaintiff's complaint without prejudice for lack of subject matter jurisdiction. Therefore, judgment of dismissal without prejudice is entered.

DATED:    8/4/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-01553 RMW
EDT/ter

**Notice of this document has been electronically sent to:**
**Counsel for Defendants:**

Thomas Michael McInerney          tmm@ogletreedeakins.com
David Dong-In Sohn                david.sohn@ogletreedeakins.com

**A copy of this document has been mailed to:**

**Plaintiff:**
Jeffrey G Reyes
105 Serra Way #216
Milpitas, CA 95035

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/5/09                                              TER
                                                         **Chambers of Judge Whyte**

JUDGMENT—No. C-09-01553 RMW
EDT/ter                                       2